IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| T-MOBILE NORTHEAST LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:11cv1201-GBL-JFA |
| THE LOUDOUN COUNTY BOARD OF SUPERVISORS, | ) ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF CHRISTINE A. MALONE  IN SUPPORT OF
THE DEFENDANT'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT**

I, Christine A. Malone, state following facts are true to the best of my information, knowledge, and belief:

1.       I am a Principal in the firm of STM Comm, LLC, where I have been an owner and principal of STM Comm and its predecessor entities since 1999.  STM Comm, LLC, is a New Jersey company that specializes in advising local governments on telecommunications issues and evaluating applications for new wireless telecommunications facilities.  I was engaged by the Loudoun County Board of Supervisors ("the Board") as an expert witness in the above-captioned case.

2.       I have worked with radio electronics since 1984.  I have worked in telecommunications specifically since 1993, and in the subfield of wireless telecommunications since 1998.

3.       I have specific training, experience, and education in the design of advanced digital wireless networks and the objective evaluation of applications to local governments for

the construction of wireless telecommunications facilities, as well as experience modeling the propagation of wireless networks based upon different configurations of telecommunications facilities.

4.      Attached hereto is a copy of the expert report ("the Expert Report"), and exhibits thereto, I prepared for this case.  My expert report sets forth my opinions and identifies my expert qualifications related to my testimony in this case.

5.      The Expert Report contains a complete statement of all my opinions in this matter and the basis and reasons for them.

6.      The Expert Report contains and identifies the facts and data I considered in forming my opinions in this matter.

7.      The Expert Report includes all exhibits that will be used to summarize or support my opinions in this matter.

8.      The Expert Report includes my qualifications as an expert witness in this matter.

9.      The Expert Report includes a list of all cases in which I testified as an expert at trial or by deposition during the four years preceding the date of the Expert Report.

10.     The Expert Report contains a statement of the compensation to be paid for my testimony in this case.

11.     I have personal knowledge of and am competent to testify as to each matter stated in the Expert Report.

12.     I hereby verify and reaffirm the expert opinions, as well as the supporting bases, reasons, and data, contained in my Expert Report.

13.     If called upon to testify as to the facts and opinions set forth in the Expert Report, I could and would competently do so.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 10, 2012

Christine A. Malone

Respectfully Submitted,

THE LOUDOUN COUNTY BOARD OF
SUPERVISORS
By Counsel

_____/s/  Michael W.S. Lockaby_____
J. Patrick Taves, Virginia State Bar No. 18610
T. David Stoner, Virginia State Bar No. 24366
Randall T. Greehan, Virginia State Bar No. 26326
Michael W.S. Lockaby, Virginia State Bar No. 74136
*Attorneys for The Loudoun County Board of Supervisors*
GREEHAN, TAVES, PANDAK & STONER, PLLC
14520 Avion Parkway, Suite 210
Chantilly, Virginia 20151
703-378-5770 (phone)
703-378-5771 (fax)
ptaves@gtpslaw.com
dstoner@gtpslaw.com
rgreehan@gtpslaw.com
mlockaby@gtpslaw.com

and

John R. Roberts, County Attorney
Virginia State Bar No. 22366
Ronald J. Brown, Deputy County Attorney
Virginia State Bar No. 12584
*Attorneys for The Loudoun County Board of Supervisors*
1 Harrison Street, S.E., Fifth Floor
Leesburg, Virginia 20175
703-777-0307 (phone)
703-771-5025 (fax)
jack.roberts@loudoun.gov
ron.brown@loudoun.gov

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 13, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Daniel P. Reing**
Virginia State Bar No. 73348
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C.  20006
 (202) 973-4200
FAX: (202) 973-4499
Danielreing@dwt.com
*Counsel for Plaintiff*

/s/ Michael W.S. Lockaby

Michael W.S. Lockaby
Virginia State Bar No. 74136
*Attorney for The Loudoun County Board of Supervisors*
GREEHAN, TAVES, PANDAK & STONER, PLLC
14520 Avion Parkway, Suite 210
Chantilly, Virginia  20151
703-378-5770 (phone)
703-378-5771 (fax)
mlockaby@gtpslaw.com